DANIEL G. BOGDEN
United States Attorney
DANIEL SCHIESS
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336 (Telephone)
Dan.Schiess@usdoj.gov

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>RICHARD SCAVONE,<br><br>   Defendant. | Case No.: 2:16-cr-00005-RFB<br><br>MOTION UNDER LR IA 11.3 FOR DEPARTMENT OF JUSTICE TRIAL ATTORNEY TO APPEAR IN THIS COURT ON BEHALF OF THE UNITED STATES. |

The United States of America, by and through Daniel Schiess, Chief, Criminal Division, Assistant United States Attorney, respectfully moves, pursuant to LR IA 11.3, that the United States Department of Justice, Civil Rights Division, Trial Attorney Julia Gegenheimer, be permitted to appear before this Court in the above captioned case. Ms. Gegenheimer is employed by the United States as an attorney, and, in the course and scope of her employment, has occasion

///

///

to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated this the 13th day of January, 2017.

Respectfully Submitted,

/s/ *Daniel Schiess*

DANIEL SCHIESS
Chief, Criminal Division
Assistant United States Attorney

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: January 20, 2017.