CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
NICHOLAS D. DICKINSON
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6698
Nicholas.dickinson@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>RICHARD SCAVONE,<br><br>              Defendant. | 2:16-cr-00005-RFB<br><br>STIPULATION TO CONTINUE REVOCATION HEARING<br>(Fifth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Brian J. Smith, Esq., counsel for defendant Richard Scavone, that the revocation hearing currently scheduled for April 7, 2021 at 110:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than 30 days

This stipulation is entered into for the following reasons:

1. The Defendant is not incarcerated does not object to the continuance.

2. The pending petition involves a New York state criminal charge. Defendant Scavone's scheduled court date in that matter is now April 12, 2021, because of the COVID pandemic.

3. The parties anticipate Defendant Scavone's state case could affect the resolution of the pending petition.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the fifth request for a continuance of the revocation hearing.

DATED this 6th day of April 2021.

| | |
|---|---|
| CHRISTOPHER CHIOU<br>Acting United States Attorney<br>By: /s/ Nicholas D. Dickinson<br>NICHOLAS D. DICKINSON<br>Assistant United States Attorney | By: /s/ Brian J. Smith<br>BRIAN J. SMITH, ESQ.<br>Counsel for Richard Scavone |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>RICHARD SCAVONE,<br><br>                    Defendant. | 2:19-cr-00005-RFB<br><br><br><br>ORDER |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy revocation hearing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the hearing, taking into account the exercise of due diligence.

IT IS THEREFORE OREDERED that sentencing in the above-captioned matter currently scheduled for April 7, 2021 at 10:00 a.m., be vacated and continued to ____May 11_____, 2021, at ____10:00____ a.m./p.m.

DATED __April 6, 2021__

_____
THE HONORABLE RICHARD F. BOULWARE, II
U.S. DISTRICT COURT JUDGE