BRIAN J. SMITH, ESQ.
Nevada Bar Number 11279
Law Office of Brian J. Smith, Ltd.
520 S. 4th St., Suite 340
Las Vegas, Nevada 89101
702-380-8248
Attorney for SCAVONE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD SCAVONE,<br><br>Defendant. | Case No.: 2:16-cr-00005-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>**(SEVENTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between BRIAN J. SMITH, counsel for RICHARD SCAVONE, Christopher Chiou, Acting United States Attorney, and NICHOLAS D. DICKINSON, Assistant United States Attorney, that the revocation hearing currently scheduled for July 27, 2021, at the hour of 11:00 a.m., be vacated and set to a date and time convenient to this court, but in no event earlier than sixty (60) days.

This Stipulation is entered into for the following:

1. The pending petition involves a New York State criminal charge. Defendant Scavone's scheduled court date in that matter is September 27, 2021, because of the COVID pandemic.

2. The parties anticipate Defendant Scavone's state case will affect the resolution of the pending petition.

3. Defendant Scavone, who is not in custody, agrees to the continuance.

4. Brian J. Smith, counsel for Scavone is in agreement with this continuance.

//

//

5. Counsel for the government is in agreement with this continuance.

6. The additional time requested by this stipulation is made in good faith and not for purpose of delay.

7. Additionally, denial of this request or continuance would result in a miscarriage of justice.

This is the seventh stipulation to continue filed herein.

DATED this 26th day of July, 2021.

RESPECTFULLY SUBMITTED BY:

CHRISTOPHER CHIOU
Acting United States Attorney

| */s/ Nicholas D. Dickinson* | */s/ Brian J. Smith* |
|---|---|
| NICHOLAS D. DICKINSON, ESQ. | BRIAN J. SMITH, ESQ. |
| Assistant United States Attorney | Attorney for SCAVONE |

BRIAN J. SMITH, ESQ.
Nevada Bar Number 11279
Law Office of Brian J. Smith, Ltd.
520 S. 4th St., Suite 340
Las Vegas, Nevada 89101
702-380-8248
Attorney for SCAVONE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:16-cr-00005-RFB |
| Plaintiff, ) | |
| vs. ) | **FINDINGS AND ORDER ON STIPULATION** |
| RICHARD SCAVONE, ) | **(SEVENTH REQUEST)** |
| Defendant. ) | |

### FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER

Based upon the submitted Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. The pending petition involves a New York State criminal charge. Defendant Scavone's scheduled court date in that matter is September 27, 2021, because of the COVID pandemic.

2. The parties anticipate Defendant Scavone's state case will affect the resolution of the pending petition.

3. Defendant Scavone, who is not in custody, agrees to the continuance.

4. Brian J. Smith, counsel for Scavone is in agreement with this continuance.

5. Counsel for the government is in agreement with this continuance.

//

//

//

//

**CONCLUSIONS OF LAW**

1. Denial of this request for continuance would deny the defendant sufficient time to be able to fairly resolve his case, taking into account the exercise of due diligence.

2. The additional time requested by this stipulation is made in good faith and not for purpose of delay.

3. Additionally, denial of this request or continuance would result in a miscarriage of justice.

This is the seventh stipulation to continue filed herein.

**ORDER**

**IT IS THEREFORE ORDERED** that the calendar call currently scheduled for July 27, 2021, at the hour of 11:00 a.m., be vacated and continued to  October 12, 2021  at the hour of  1:00  PM.

DATED this  27th  of July, 2021.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

4