KENDALL S. STONE, ESQ.
Nevada Bar No. 15337
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
RICHARD SCAVONE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD SCAVONE<br><br>Defendant. | Case No.: 2:16-cr-00005-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br><br>(Tenth Request) |

IT IS HEREBY STIPULATED by and between RICHARD SCAVONE, Defendant, by and through his counsel KENDALL S. STONE, ESQ, and the United States of America, BIANCA R. PUCCI, Assistant United States Attorney, that revocation hearing in the above-captioned matter that was set for scheduled for March 15, 2022, at the hour of 9:00 AM, be vacated and continued to time convenient to the Court but no sooner than 30 days or to a date and time to be set by this Honorable Court.

The Stipulation is entered into for the following reasons:

1. Counsel needs additional time to prepare for the revocation or reach potential negotiations in this case.

2. Defendant's hearing on his state case in New York is set for March 25, 2022 and the outcome of that hearing may have an effect on the outcome of the revocation hearing.

3. Defendant is out of custody and has no objection to the continuance.

4. Counsel for the Government has no objection to the continuance.

5. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the revocation date.

8. This is the tenth stipulation to continue filed herein.

DATED this 14th day of March 2022.

| PITARO & FUMO, CHTD. | UNITED STATES ATTORNEY |
|---|---|
| /s/ | /s/ |
| KENDALL S. STONE, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEY FOR DEFENDANT<br>RICHARD SCAVONE | BIANCA R. PUCCI<br>ASSISTANT UNITED STATES ATTORNEY<br>501 LAS VEGAS BOULEVARD SOUTH. #1100<br>LAS VEGAS, NEVADA 89101 |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:16-cr-00005-RFB |
| Plaintiff, ) | |
| v. ) | FINDINGS OF FACT AND CONCLUSIONS OF LAW |
| RICHARD SCAVONE, ) | |
| ) | (Tenth Request) |
| Defendant. ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Counsel needs additional time to prepare for the revocation or reach potential negotiations in this case.

2. Defendant's hearing on his state case in New York is set for March 25, 2022 and the outcome of that hearing may have an effect on the outcome of the revocation hearing.

3. Defendant is out of custody and has no objection to the continuance.

4. Counsel for the Government has no objection to the continuance.

5. Denial for this request for continuance would deny the parties herein time and the opportunity within which to effectively and thoroughly research and prepare for the hearing in this case, taking into account the exercise of due diligence.

6. Additionally, denial of this request for continuance would result in a miscarriage of justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the revocation date.

8. This is the tenth stipulation to continue filed herein.

**CONCLUSIONS OF LAW**

Denial of this request would deny the parties herein the opportunity to effectively and thoroughly prepare for the revocation hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

**IT IS ORDERED** that the revocation hearing currently scheduled for March 22, 2022 at the hour of 8:15 a.m., be vacated and continued to this __26th__ day of __April__, 2022, at the hour of __10:00__ a.m. in Courtroom __7C__.

DATED this __14th__ of __March__, 2022.

_____
RICHARD F. BOULWARE, II
U.S. DISTRICT JUDGE