SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
SUMMER A. JOHNSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Summer.Johnson@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Judgment Creditor,<br><br>　v.<br><br>RICHARD SCAVONE,<br><br>　　　　Judgment Debtor,<br><br>and<br><br>Public Employees Retirement System of Nevada, and its Successors or Assigns,<br><br>　　　　Garnishee. | Case No.: 2:16-CR-00005-RFB<br><br>**MOTION TO DISSOLVE WRIT OF CONTINUING GARNISHMENT** |

The Plaintiff, the United States of America ("United States"), by counsel, SUE FAHAMI, Acting United States Attorney for the District of Nevada, and SUMMER A. JOHNSON, Assistant United States Attorney, respectfully moves the Court to dissolve the Writ of Continuing garnishment which was sought in connection with a criminal judgment dated January 11, 2018 (ECF No. 84) for the United States against Richard Scavone in case number 2:16-CR-00005-RFB. The writ was issued to Garnishee, Public Employees Retirement System of Nevada, and its successor or assigns, on March 12, 2021. ECF No. 126.

The special assessment and restitution debt imposed in the criminal case, 2:16-CR-00005-RFB has been paid in full.

Therefore, the United States respectfully requests that the Court dissolve the continuing garnishment. A proposed order for the Court's consideration has been filed concurrently herewith.

        Respectfully submitted,
        SUE FAHAMI
        Acting United States Attorney

        */s/ Summer A. Johnson*
        SUMMER A. JOHNSON
        Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, I served all of the parties in this case the United States' Motion to Dissolve Writ of Continuing Garnishment by CM/ECF and by first class mail, postage prepaid, as follows:

<u>Garnishee:</u>
Public Employees Retirement System of Nevada
Attn:  Garnishments
693 W. Nye Lane
Carson City, NV 89703

<u>Judgment Debtor:</u>
P.O. Box 38
Fort Dix, NJ 08640

       /s/ Summer A. Johnson
SUMMER A. JOHNSON
Assistant United States Attorney

1  SUE FAHAMI
   Acting United States Attorney
2  Nevada Bar No. 5634

3  SUMMER A. JOHNSON
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336
   Facsimile: (702) 388-6787
6  E-mail: Summer.Johnson@usdoj.gov
   *Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-CR-00005-RFB |
| Judgment Creditor, | **ORDER TO DISSOLVE WRIT OF CONTINUING GARNISHMENT** |
| v. | |
| RICHARD SCAVONE, | |
| Judgment Debtor, | |
| and | |
| Public Employees Retirement System of Nevada, and its Successors or Assigns, | |
| Garnishee. | |

This matter is before the Court on the motion of the United States to Dissolve the Writ of Continuing Garnishment directed to Public Employees Retirement System of Nevada, and its successor or assigns.

The special assessment and restitution debt imposed in the criminal case, 2:16-CR-00005-RFB having been paid in full,

/ / /

/ / /

/ / /

/ / /

4

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the Writ of Continuing Garnishment issued to Public Employees Retirement System of Nevada, and its successor or assigns, on March 12, 2021 is hereby dissolved.

Dated: 3/5/2025

_____
UNITED STATES DISTRICT JUDGE